UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 11-01570 DMG (AGRx)** | Date | October 21, 2011 |
|---|---|---|---|

| Title | *Eugenia Mancera-Celestin, et al. v. Brian T. Moynihan, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION
SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Plaintiffs have not filed an amended complaint and the October 4, 2011 deadline to do so has passed.  Therefore, Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute.  Plaintiffs shall file their response by no later than **October 31, 2011**.  **Failure to respond to this Order will result in the dismissal of this action.**

**IT IS SO ORDERED.**